**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**CRIMINAL NO.  3:04CR269-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **PAUL SAMARAS** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's motion for a modification of his judgment to include a recommendation by the Court that the Defendant be designated by the Bureau of Prisons (BOP) to a prison facility near the Denver, Colorado, area.

It was the practice of the undersigned to routinely grant such requests.  However, because the availability of prison space has become so acute and due to the fact that BOP utilizes a number of factors when considering a designation, such recommendations by the Court have been largely ignored.  Because amendment of the Defendant's judgment would be futile for the reasons set forth herein,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is

**DENIED.**

Signed: July 20, 2007

Lacy H. Thornburg
United States District Judge